# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156527 & (17)(18)(21)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

RODNEY D. TRUITTE,
Defendant-Appellant.

SC: 156527
COA: 338322
Wayne CC: 98-001409-FC

_____/

On order of the Court, the application for leave to appeal the August 3, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and the motion for miscellaneous relief are DENIED.



d0905

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk